United States Bankruptcy Court
Eastern District of New York

In re:                                                                Case No. 10-78337-reg
Milagros Rodriguez                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-8          User: jfabio          Page 1 of 2              Date Rcvd: Apr 22, 2013
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2013.
7062244      Verizon,   PO Box 3037,   Bloomington, IL 61702-3037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2013**                    **Signature:**     _Joseph Speetjens_

District/off: 0207-8          User: jfabio              Page 2 of 2               Date Rcvd: Apr 22, 2013
                              Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2013 at the address(es) listed below:
          Alane  Becket    on behalf of Creditor  eCAST Settlement Corporation notices@becket-lee.com
          Michael J. Macco    ecf@maccosternlaw.com,   jzarrilli@maccosternlaw.com
          Norma E Ortiz    on behalf of Debtor Milagros Rodriguez email@ortizandortiz.com,
           ortiznoticeme@gmail.com;bkcourt@gmail.com
          United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                        TOTAL: 4

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box 9013
Central Islip, NY  11722-9013

| | |
|---|---|
| IN RE: | CASE NO: 8-10-78337-reg |
| Milagros Rodriguez<br>3 Lexington Avenue<br>Brentwood NY 11717 | CHAPTER: 13 |
| SSN/TAX ID: | |
| DEBTOR(s) | |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/19/2013.

Name and Address of Alleged Transferor(s):

Claim No. 3: Verizon, PO Box 3037, Bloomington, IL 61702-3037

Name and Address of Transferee:

Midland Funding LLC
by American InfoSource LP as agent
Attn: Department 1
PO Box 4457
Houston, TX  77210-4457

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/24/13

Robert A. Gavin, Jr.
**CLERK OF THE COURT**